HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBERTO LOPEZ-SOLORIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERTO LOPEZ-SOLORIO,<br><br>  Defendant. | No. Cr. S 11-465 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable KIMBERLY J. MUELLER |

Defendant, ROBERTO LOPEZ-SOLORIO, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On October 30, 2013, this Court sentenced Mr. Lopez-Solorio to a term of 90 months imprisonment;

3. His total offense level was 31, his criminal history category was I, and the resulting guideline range was 108 to 135 months. He received a sentence below the applicable range pursuant to a downward variance;

4.       The sentencing range applicable to Mr. Lopez-Solorio was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.       Mr. Lopez-Solorio's total offense level has been reduced from 31 to 29, and his amended guideline range is 87 to 108 months;

6.       Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Lopez-Solorio's term of imprisonment for violation of 21 U.S.C. § 841(a)(1) to a term of 87 months.

Respectfully submitted,

Dated:  September 30, 2015                                   Dated:   September 30, 2015

BENJAMIN B. WAGNER                                        HEATHER E. WILLIAMS
United States Attorney                                             Federal Defender


 /s/ *Jason Hitt*                                                              /s/ *Hannah R. Labaree*
JASON HITT                                                              HANNAH R. LABAREE
Assistant U.S. Attorney                                             Assistant Federal Defender

Attorney for Plaintiff                                                   Attorney for Defendant
UNITED STATES OF AMERICA                              ROBERTO LOPEZ-SOLORIO

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Lopez-Solorio is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 87 to 108 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2013 is reduced to a term of 87 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Lopez-Solorio shall report to the United States Probation Office within seventy-two hours after his release.

Dated: October 1, 2015

_____
UNITED STATES DISTRICT JUDGE